

# Fourth Court of Appeals
## San Antonio, Texas

October 13, 2014

No. 04-14-00588-CR

**IN RE** Abelardo **GONZALEZ**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Catherine Stone, Chief Justice
Sandee Bryan Marion, Justice
Karen Angelini, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

      The court has considered the Motion for En Banc Reconsideration filed by relator on October 2, 2014 and the motion is DENIED.

      It is so **ORDERED** on October 13th, 2014.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of October, 2014.

_____
Keith E. Hottle,
Clerk of Court

---

[1] This proceeding arises out of Cause Nos. 2008CRR000657-D1; 2008-CRR-000662-D1; 2008-CRR-000665-D1, styled *The State of Texas v. Abelardo Gonzalez*, pending in the 49th Judicial District Court, Webb County, Texas, the Honorable Jose A. Lopez presiding.